IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Lisa Case, et al. | * |
| Plaintiffs | * |
| vs. | *   Case No. 13:cv 3682 |
| Ravi Yalamanchili, M.D., et al. | * |
| Defendants | * |

*******************************************************************

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Lisa Case, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

Dated: April 8, 2014

Respectfully submitted,

Paul J. Weber (Bar No. 03570)
Hyatt & Weber, P.A.
200 Westgate Circle, Suite 500
Annapolis, Maryland  21401
Phone:    (410) 266-0626
Fax:        (410) 841-5065
Email:     pweber@hwlaw.com

*Counsel for Plaintiff*
*Lisa Case*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2014, a copy of the foregoing was mailed first class, postage prepaid to:

Ed Goundry, Esq.
Varner & Goundry
121 E. Patrick Street
Frederick, MD 21701
Attorneys for Defendants Ravi Yalamanchili, M.D., et al.

_____
Adam G. Smith